Darrell N. Erwin, Esq. (SBN: 188308)
(Name)
ERWIN & ASSOCIATES, A.P.L.C., 750 B Street, Suite #3300
(Address)
San Diego, CA 92101
(City, State, Zip)

(CDC Inmate No.)

FILED

12 MAY -3  PM 4: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# United States District Court
## Southern District of California

| | |
|---|---|
| MIKE NASSIR HANNA | ) |
| (Enter full name of plaintiff in this action.) | ) |
| | ) 12CV1094 AJB BLM |
| Plaintiff, | ) |
| | ) Civil Case No. _____ |
| | ) (To be supplied by Court Clerk) |
| v. | ) |
| | ) |
| Federal Bureau of Investigations, | ) Complaint Under the |
| a Governmental Entity, Form Unknown, | ) Civil Rights Act |
| and DOES 1 through 10 | ) 42 U.S.C. § 1983 |
| | ) |
| _____, | ) |
| (Enter full name of each defendant in this action.) | ) |
| Defendant(s). | ) |
| | ) |

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, MIKE NASSIR HANNA
(print Plaintiff's name)
, who presently resides at 8656 Eileen Street,
(mailing address or place of confinement)
Spring Valley, CA 91977 , were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at San Diego

International Airport          on (dates) 10-23-09  , 10-23-09  , and 10-23-09

(institution/place where violation occurred)          (Count 1)          (Count 2)          (Count 3)

2. Defendants:  (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)                                        ::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant Federal Bureau of Investigation (FBI)    resides in San Diego, California    ,
         (name)                                              (County of residence)

and is employed as a governmental entity    . This defendant is sued in
                 (defendant's position/title (if any))

his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

The FBI, by and through the authority of the United States of America, identified itself as "FBI agents", and as such, detained and handcuffed the Plaintiff under their color of authority, escorted the Plaintiff to an interrogation room, informed the Plaintiff that they were doing so in their official capacity as FBI agents, and in their capacity to investigate the identity of the Plaintiff, questioned and detained Plaintiff while handcuffed for several hours.

Defendant Does 1 through 10    resides in San Diego, California    ,
         (name)                                              (County of residence)

and is employed as a FBI agents    . This defendant is sued in
                 (defendant's position/title (if any))

his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

The FBI agents DOES 1 through 10, by and through the authority of the United States of America, identified themselves as agents, detained and handcuffed the Plaintiff under their color of authority, escorted the Plaintiff to an interrogation room, and in their presumed capacity to investigate the identity of the Plaintiff, questioned and detained Plaintiff while handcuffed for several hours.

Defendant    resides in    ,
         (name)                                              (County of residence)

and is employed as a    . This defendant is sued in
                 (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

Defendant    resides in    ,
         (name)                                              (County of residence)

and is employed as a    . This defendant is sued in
                 (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to be free from racial profiling

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On or about 10-23-09, Plaintiff HANNA and WITNESS ALMALEKI arrived at the San Diego Airport to catch an international flight. While in line to get their tickets issued, both men were asked to show their identification and subsequently arrested by the FBI. At no time would any particular FBI agent identify themselves by name when asked, but instead, referred to themselves as only "FBI agent".

At no time during the arrest process did either men resist, but instead, remained completely silent until they reached the security room at the airport.

After reaching the security room, PLAINTIFF inquired as to why he was being retained. He was informed that a fugitive from the State of Arizona who bore the same name as WITNESS ALMALEKI was being sought by several police agencies for a hit and run causing the death of another. The FBI agents stated that they were looking for a Middle Easterner, and as such, was racially profiled initially before his arrest in spite of the fact there was ample identification processes available to the FBI which could have an in fact did alert them to the true identity of the plaintiff.

PLAINTIFF HANNA, while remaining handcuffed was informed by the FBI that while his friend bore the same name as the fugitive being sought, he somewhat fit the physical description.

During the initial arrest phase, it was determined by the FBI that PLAINTIFF HANNA was in-fact not the fugitive being sought from Arizona, and it was determined that HANNA was a U.S. citizen domiciled in San Diego, California. In spite of this, the FBI continued to hold plaintiff because he was of Middle Eastern descent.

PLAINTIFF HANNA an Iraqi-American was continually held against his will for approximately 5 hours, all the while his hands remained in handcuffs being his back.

At no time during the 5-hour detention period did PLAINTIFF HANNA protest or use foul or offensive language.

PLAINTIFF HANNA did not raise his voice nor did he insist that legal representation be provided to him during this period.

Prior to HANNA's arrest, he was planning to travel abroad to the country of Iraq. HANNA carried with him several thousand dollars which he planned to use for personal reasons including shelter and food while in Iraq. The agents who held HANNA removed the money and counted it out and removed every article of clothing and personal items from his suitcase.

Also during the detainment, HANNA identified himself as a prior U.S. civil servant working at the 32nd street Naval Station.

During HANNA's detainment, his companion and WITNESS ALMALEKI was chained to the wall.

During the entire detainment process, HANNA reiterated that he was happy to answer all questions and would cooperate 110% so that the process could conclude soon.

In spite of HANNA's immediate identification, his verification of citizenship and his affiliation with the United States Government, he was not freed from his handcuffs for several hours based solely on the false identification which was prefaced on the racial profiling of the plaintiff as a Middle Easterner.

As a result of the racial profiling, PLAINTIFF has suffered severe emotional distress and other damages in an amount as stated herein.

Count 2: The following civil right has been violated: False Imprisonment

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On or about 10-23-09, Plaintiff HANNA and WITNESS ALMALEKI arrived at the San Diego Airport to catch an international flight. While in line to get their tickets issued, both men were asked to show their identification and subsequently arrested by the FBI. At no time would any particular FBI agent identify themselves by name when asked, but instead, referred to themselves as only "FBI agent".

At no time during the arrest process did either men resist, but instead, remained completely silent until they reached the security room at the airport.

After reaching the security room, PLAINTIFF inquired as to why he was being retained. He was informed that a fugitive from the State of Arizona who bore the same name as WITNESS ALMALEKI was being sought by several police agencies for a hit and run causing the death of another. The FBI agents stated that they were looking for a Middle Easterner.

PLAINTIFF HANNA, while remaining handcuffed was informed by the FBI that while his friend bore the same name as the fugitive being sought, he somewhat fit the physical description.

During the initial arrest phase, it was determined by the FBI that PLAINTIFF HANNA was in-fact not the fugitive being sought from Arizona, and it was determined that HANNA was a U.S. citizen domiciled in San Diego, California. In spite of this, the FBI continued to hold plaintiff because he was of Middle Eastern descent.

PLAINTIFF HANNA an Iraqi-American was falsely imprisoned against his will for approximately 5 hours, all the while his hands remained in handcuffs being his back, and as such, has suffered severe emotional distress as a result of the intentional and or outrageous conduct of the FBI agents in holding Plaintiff far beyond a reasonable amount of time, especially after identifying the true identity of the plaintiff.

At no time during the 5-hour detention period did PLAINTIFF HANNA protest or use foul or offensive language. PLAINTIFF HANNA did not raise his voice nor did he insist that legal representation be provided to him during this period.

Prior to HANNA's arrest, he was planning to travel abroad to the country of Iraq. HANNA carried with him several thousand dollars which he planned to use for personal reasons including shelter and food while in Iraq. The agents who held HANNA removed the money and counted it out and removed every article of clothing and personal items from his suitcase.

Also during the detainment, HANNA identified himself as a prior U.S. civil servant working at the 32nd street Naval Station.

During HANNA's detainment, his companion and WITNESS ALMALEKI was chained to the wall.

During the entire detainment process, HANNA reiterated that he was happy to answer all questions and would cooperate 110% so that the process could conclude soon.

In spite of HANNA's immediate identification, his verification of citizenship and his affiliation with the United States Government, he was not freed from his handcuffs at any time until he was eventually released whereby he left the airport and went home.

As a result of the false imprisonment by the FBI, PLAINTIFF has suffered severe emotional distress and other damages in an amount as stated herein.

Count 3: The following civil right has been violated: Intentional Infliction of Emotional Distress

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On or about 10-23-09, Plaintiff HANNA and WITNESS ALMALEKI arrived at the San Diego Airport to catch an international flight. While in line to get their tickets issued, both men were asked to show their identification and subsequently arrested by the FBI. At no time would any particular FBI agent identify themselves by name when asked, but instead, referred to themselves as only "FBI agent".
At no time during the arrest process did either men resist, but instead, remained completely silent until they reached the security room at the airport.
After reaching the security room, PLAINTIFF inquired as to why he was being retained. He was informed that a fugitive from the State of Arizona who bore the same name as WITNESS ALMALEKI was being sought by several police agencies for a hit and run causing the death of another. The FBI agents stated that they were looking for a Middle Easterner.
PLAINTIFF HANNA, while remaining handcuffed was informed by the FBI that while his friend bore the same name as the fugitive being sought, he somewhat fit the physical description.
During the initial arrest phase, it was determined by the FBI that PLAINTIFF HANNA was in-fact not the fugitive being sought from Arizona, and it was determined that HANNA was a U.S. citizen domiciled in San Diego, California. In spite of this, the FBI continued to hold plaintiff because he was of Middle Eastern descent. In doing so, the FBI agents engaged in severe and outrageous conduct through their actions of holding the plaintiff far beyond what was reasonable or necessary to identify and then release the plaintiff.
PLAINTIFF HANNA an Iraqi-American was continually held against his will for approximately 5 hours, all the while his hands remained in handcuffs being his back. The agents, through their actions, intended to cause the plaintiff severe emotional distress since the time and type of containment far exceeded any reasonableness after the plaintiff's true identity was confirmed by the FBI.
At no time during the 5-hour detention period did PLAINTIFF HANNA protest or use foul or offensive language.
PLAINTIFF HANNA did not raise his voice nor did he insist that legal representation be provided to him during this period.
Prior to HANNA's arrest, he was planning to travel abroad to the country of Iraq. HANNA carried with him several thousand dollars which he planned to use for personal reasons including shelter and food while in Iraq. The agents who held HANNA removed the money and counted it out and removed every article of clothing and personal items from his suitcase.
Also during the detainment, HANNA identified himself as a prior U.S. civil servant working at the 32nd street Naval Station.
During HANNA's detainment, his companion and WITNESS ALMALEKI was chained to the wall.
During the entire detainment process, HANNA reiterated that he was happy to answer all questions and would cooperate 110% so that the process could conclude soon.
In spite of HANNA's immediate identification, his verification of citizenship and his affiliation with the United States Government, he was not freed from his handcuffs at any time until he was eventually released whereby he left the airport and went home.
As a result of the intentional infliction of emotional distress by the FBI, PLAINTIFF has suffered severe emotional distress and other damages in an amount as stated herein.

## D.  Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised:

_____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☐ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):

      2. Damages in the sum of $ 350000

      3. Punitive damages in the sum of $

      4. Other: as any other just or equitable relief to be determined by the Court

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

04-30-12
_____
Date

_____
Signature of Plaintiff

## PROOF OF SERVICE

### UNTIED STATES DISTRICT COURT
### SOUTHERN CALIFORNIA DIVISION

### TITLE OF CASE: (Abbreviated):   Hanna v. FBI, et al.

**CASE NUMBER:**

I, the undersigned, declare under penalty of perjury that I am a resident of the County of San Diego, State of California. I am over the age of eighteen years, and not a party to the above-entitled action. My business address is: 750 B Street, Suite #3300, San Diego, CA 92101.

On April 30, 2012, I served the foregoing documents described as:

> 1)      Plaintiff Mike Nassir Hanna's Complaint Under the Civil Rights Act 42 U.S.C. §1983; and

> 2)      Filing Fee (Check in the amount of $350.00).

☑ *by placing true copies enclosed in a sealed envelope addressed as follows:*

**Clerk of U.S. District Court**
**Room 4290**
**880 Front Street**
**San Diego, CA 92101-8900**

I caused such envelope to be deposited in the mail at San Diego, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited in the U.S. Postal Service receptacle located in the firm's office on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 30, 2012, at San Diego, California.

Illen Hamouda
Assistant to Darrell N. Erwin, Esq.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Mike Nassir Hanna

## DEFENDANTS

FBI, et al.

**(b)** County of Residence of First Listed Plaintiff __San Diego__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Darrell N. Erwin
750 B. Street Ste. 3300
San Diego CA 92101
(619) 696-3200

Attorneys (If Known)

'12CV1094 AJB BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability / ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42:1983
Brief description of cause:
Civil Rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 350,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
5/03/12

SIGNATURE OF ATTORNEY OF RECORD
SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # __382269__ AMOUNT __$350—__ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

LP 5/3/12

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS038269
Cashier ID: lpulliam
Transaction Date: 05/03/2012
Payer Name: THE LAW OFFICE OF DARRELL ERWI
--------------------------------
CIVIL FILING FEE
 For: MIKE HANNA V. FBI ET AL
 Case/Party: D-CAS-3-12-CV-001094-001
 Amount:        $350.00
--------------------------------
CHECK
 Check/Money Order Num: 2426
 Amt Tendered:  $350.00
--------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00



There will be a fee of $53.00
charged for any returned check.
```